UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   CHARLES ALAN BRAY                                  CASE NO. 20-10450
   5006 TOWER RD UNIT C                           JUDGE BENJAMIN A. KAHN
   GREENSBORO, NC  27410

       DEBTOR

SSN(1) XXX-XX-9131                                      DATE: 01/21/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CAPITAL ONE BANK USA NA<br>% AMERICAN INFOSOURCE LP<br>P O BOX 71083<br>CHARLOTTE, NC  28272 | $15,309.84<br>INT:  .00%<br>NAME ID: 116268<br>CLAIM #:  0007 | (U) UNSECURED<br><br>ACCT: 0353<br>COMMENT: |
| CITIBANK NA<br>6716 GRADE LN BLG 9 STE 910<br>PY DEPT<br>LOUISVILLE, KY  40213 | $1,951.80<br>INT:  .00%<br>NAME ID: 174688<br>CLAIM #:  0010 | (U) UNSECURED<br><br>ACCT: 6103<br>COMMENT: |
| CONE HEALTH<br>P O BOX 650292<br>DALLAS, TX  75265 | $0.00<br>INT:  .00%<br>NAME ID: 152491<br>CLAIM #:  0011 | (U) UNSECURED<br>NOT FILED<br>ACCT: 2471<br>COMMENT: |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>P O BOX 3025<br>NEW ALBANY, OH  43054 | $4,564.62<br>INT:  .00%<br>NAME ID: 153461<br>CLAIM #:  0012 | (U) UNSECURED<br><br>ACCT: 7200<br>COMMENT: |
| FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST STOP CODE 3129<br>OMAHA, NE  68197 | $914.29<br>INT:  .00%<br>NAME ID: 180353<br>CLAIM #:  0013 | (U) UNSECURED<br><br>ACCT: 2749<br>COMMENT: |
| GUILFORD CO REGISTER OF DEEDS<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $52.00<br>INT:  .00%<br>NAME ID: 1159<br>CLAIM #:  0018 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| GUILFORD COUNTY TAX DEPT<br>400 W MARKET ST<br>GREENSBORO, NC  27401 | $0.00<br>INT:  .00%<br>NAME ID: 159804<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| HAMILTON WOODS ASSOCIATION INC<br>% PRIESTLEY MANAGEMENT CO<br>P O BOX 4408<br>GREENSBORO, NC  27404 | $0.00<br>INT:  .00%<br>NAME ID: 182557<br>CLAIM #:  0004 | (U) UNSECURED<br>DIRECT PAY<br>ACCT: 1028<br>COMMENT: OC,DIR |

PAGE 2 - CHAPTER 13 CASE NO. 20-10450

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0002 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 9131<br>COMMENT: OC |
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $8,391.55<br>INT: .00%<br>NAME ID: 177188<br>CLAIM #: 0008 | | (U) UNSECURED<br><br>ACCT: 9773<br>COMMENT: |
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $12,154.13<br>INT: .00%<br>NAME ID: 177188<br>CLAIM #: 0009 | | (U) UNSECURED<br><br>ACCT: 9624<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 9131<br>COMMENT: OC |
| PNC BANK<br>P O BOX 94982<br>CLEVELAND, OH  44101 | $3,568.19<br>INT: .00%<br>NAME ID: 115010<br>CLAIM #: 0014 | | (U) UNSECURED<br><br>ACCT: 7204<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $2,394.78<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0006 | | (U) UNSECURED<br><br>ACCT: 5643<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $3,476.20<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0015 | | (U) UNSECURED<br><br>ACCT: 7630<br>COMMENT: STEIN MART |
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $0.00<br>INT: .00%<br>NAME ID: 53815<br>CLAIM #: 0005 | | (S) SECURED<br>DIRECT PAY<br>ACCT: 7790<br>COMMENT: DT,RE RP,DIR,620A |
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $0.00<br>INT: .00%<br>NAME ID: 53815<br>CLAIM #: 0016 | | (S) SECURED<br>DIRECT PAY<br>ACCT: 7790<br>COMMENT: OC, ARR,DIR |
| **TOTAL:** | **$52,777.40** | | |
| DAMON DUNCAN ESQ<br>628 GREEN VALLEY RD STE 304<br>GREENSBORO, NC  27408 | $4,000.00 | | ATTORNEY FEE |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  01/21/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtor
    Attorney for Debtor - Electronic Notice